UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARISTIDES "POPS" PITSILADI, NICHOLAS
PITSILADI, Individually and as Members of
West 23RD STREET REALTY LLC., WEST 36TH
STREET REALTY LLC AND MACPIN REALTY
LLC, WEST 36TH STREET REALTY LLC AND
MACPIN REALTY LLC,

    STIPULATION
    EXTENDING TIME
    TO ANSWER

                              Plaintiffs,        Civil Action No.
                                           07 CIV 6605

-against-

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT INC.,

                              Defendants.
-----------------------------------------------------------------x

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned that the defendants' time to answer or move in the within case be, and hereby is, extended to October 8, 2007, and that the defendants will not assert the defense of lack of personal jurisdiction.

Dated: Mineola New York
       September 12, 2007

                                          LAW OFFICES OF MICHAEL A. HASKEL

                                          By: _____
                                               MICHAEL A. HASKEL (MH-4680)
                                               Attorneys for Defendants
                                               167 Willis Avenue
                                               Mineola, NY 11501
                                               (516) 294-0250

                                               THE DWECK LAW FIRM, LLP

                                               By: _____
                                               JACK S. DWECK (JSD 0659)
                                               Attorneys for Plaintiffs
                                               75 Rockefeller Plaza
                                               New York, NY 10019
                                               (212) 687-8200

SO ORDERED:

_____