LAW OFFICES OF
# MICHAEL A. HASKEL
167 Willis Avenue
Mineola, New York 11501
Telephone (516) 294-0250
Facsimile (516) 294-0854
e-mail HaskelEsq@aol.com
www.haskelesq.com

Michael A. Haskel

———————

Leonard Gekhman
Miranda W. Turner
Brandon M. Zlotnick

Of Counsel:
Adrienne S. Cooper

September 17, 2007

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

  Re: *Pitsiladi, et al. v. Guerrero, et al.*
     *Civil Action No.: 07-CV-06605-JGK*

Dear Judge Koeltl:

  I represent the defendants, William Guerrero and City Property Management and Development Inc., in the above-referenced case. The parties have entered into a stipulation extending the time to answer or move until October 8, 2007, with a waiver of any defense for lack of personal jurisdiction. It is respectfully requested that the Court So Order the stipulation.

  Thank you for your prompt attention to this matter.

                Respectfully submitted,

                Michael A. Haskel (MH 4680)

MAH:at
Enc.

cc: Jack S. Dweck, Esq.