09/12/2007 18:20 FAX 15162940854    Law Off M Haskel    002/002



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARISTIDES "POPS" PITSILADI, NICHOLAS
PITSILADI, Individually and as Members of
West 23ʳᵈ STREET REALTY LLC., WEST 36ᵀᴴ          STIPULATION
STREET REALTY LLC AND MACPIN REALTY             EXTENDING TIME
LLC, WEST 36ᵀᴴ STREET REALTY LLC AND            TO ANSWER
MACPIN REALTY LLC,

                                      Plaintiffs,    Civil Action No.
                                                 07 CIV 6605

-against-

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT INC.,

                                       Defendants.
-------------------------------------------------------------x

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned that the defendants' time to answer or move in the within case be, and hereby is, extended to October 8, 2007, and that the defendants will not assert the defense of lack of personal jurisdiction.

Dated: Mineola New York
           September 12, 2007

LAW OFFICES OF MICHAEL A. HASKEL

By: _____
MICHAEL A. HASKEL (MH-4680)
Attorneys for Defendants
167 Willis Avenue
Mineola, NY 11501
(516) 294-8250

THE DWECK LAW FIRM, LLP

By: _____
JACK S. DWECK (JSD 0659)
Attorneys for Plaintiffs
75 Rockefeller Plaza
New York, NY 10019
(212) 687-8200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

SO ORDERED: _____
9/21/07