**LAW OFFICES OF**
**MICHAEL A. HASKEL**
**167 Willis Avenue**
**Mineola, New York 11501**
**Telephone (516) 294-0250**
**Facsimile (516) 294-0854**
e-mail **HaskelEsq@aol.com**
**www.haskelesq.com**

**Michael A. Haskel**                                                                                                **Of Counsel:**
_____                                                                                                              **Adrienne S. Cooper**
**Leonard Gekhman**
**Miranda W. Turner**
**Brandon M. Zlotnick**

September 27, 2007

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

      **Re:**   *Pitsiladi et al. v. Guerrero et ano.*
              *Civil Action No.:  07-CV-06605-JGK*

Dear Judge Koeltl:

      This firm represents the defendants, William Guerrero and City Property Management and Development Inc., in the above-referenced case. It is respectfully requested that a court conference scheduled for 4:30 p.m. on October 3, 2007 be postponed until 4:30 p.m. on October 12, 2007. This is the first request for such an adjournment. All parties consent to this adjournment.

      Thank you for your prompt attention to this matter.

                                                    Respectfully submitted,

                                                    Brandon M. Zlotnick (BZ 1146)

cc:    Jack S. Dweck, Esq.