UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ARISTIDES "POPS" PITSILADI, NICHOLAS
PITSILADI, Individually and as Members
of WEST 23RD STREET REALTY LLC.,
WEST 36TH STREET REALTY LLC AND
MACPIN REALTY LLC, WEST 23RD STREET          07 Civ. 6605 (JGK)
REALTY LLC, WEST 36TH STREET REALTY LLC
AND MACPIN REALTY LLC,                                **AFFIDAVIT OF SERVICE**

                    Plaintiffs,

         -against-

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT INC.,

                    Defendants.
------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

RAMONA WOOD, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On October 17, 2007, I served a true copy of the annexed **NOTICE OF MOTION TO DISMISS COUNTERCLAIM WITH SUPPORTING PAPERS** by mailing a true copy of same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the attorney indicated below:

Michael A. Haskel, Esq.
167 Willis Avenue
Mineola, New York  11501

_____
RAMONA WOOD

Sworn to before me this
17th day of October, 2007.

_____
Notary Public

Cory A. Frank
Notary Public
State Of New York
Reg. No: 02FR6163318
Expires 3/19/2011