UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| ARISTIDES "POPS" PITSILADI, NICHOLAS PITSILADI, Individually and as Members of WEST 23RD STREET REALTY LLC, WEST 36TH STREET REALTY LLC AND MACPIN REALTY LLC, WEST 23RD STREET REALTY LLC, WEST 36TH STREET REALTY LLC, AND MACPIN REALTY LLC | 07 Civ. 6605 (JGK) |
| Plaintiffs, | **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** |
| -against- | |
| WILLIAM GUERRERO, CITY PROPERTY., MANAGEMENT AND DEVELOPMENT INC. | |
| Defendants. | |

-------------------------------------------------------------------x

    Defendant CITY PROPERTY MANAGEMENT AND DEVELOPMENT INC., pursuant to Federal Rule of Civil Procedure 7.1(a), hereby states that it does not have a parent corporation, is not owned in whole or in part by any other corporation, and does not own any other corporations.

Dated: Mineola, New York
       October 31, 2007

                                                _____
                                                MIRANDA TURNER (MT1831)
                                                LAW OFFICES OF MICHAEL A. HASKEL
                                                167 Willis Avenue
                                                Mineola, New York 11501
                                                Tel: (516) 294-0250
                                                Fax: (516) 294-0854