

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/08_

**LAW OFFICES OF**
**MICHAEL A. HASKEL**
167 Willis Avenue
Mineola, New York 11501
Telephone (516) 294-0250
Facsimile (516) 294-0854
e-mail HaskelEsq@aol.com
www.haskelesq.com

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/16/08

Of Counsel:
Adrienne S. Cooper

Michael A. Haskel

Leonard Gekhman
Miranda W. Turner
Brandon M. Zlotnick

April 16, 2008

<u>VIA FAX</u>

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

RECEIVED
APR 16 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

      Re:    *Pitsiladi et al. v. Guerrero et ano.*
           *Civil Action No.: 07-CV-06605-JGK*

Dear Judge Koeltl:

     This firm represents the defendants, William Guerrero and City Property Management and Development Inc., in the above-referenced case. This letter is a request by all parties to extend the deadlines in this action pursuant to the following proposed scheduling order:

     Deadline to complete all discovery – July 30, 2008

     Dispositive motions to be completed by – August 29, 2008

     Joint pretrial order together with any in limine motions due by – September 26, 2008

     Parties shall be ready for trial on or after – October 15, 2008

     This extension is respectfully requested due to ongoing discovery between the parties as well as the South African residence of the plaintiffs. This is the first request for such an adjournment.

     Thank you for your prompt attention to this matter.

Respectfully submitted,

Leonard Gekhman (LG 7488)

cc:     Jack S. Dweck, Esq.