UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

ARISTIDES PITSILADI, et al.,                          :

                                Plaintiffs,           :

            - against –                               :

WILLIAM GUERRERO, et al.,                             :

                                Defendants.           :

----------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/27/08

07 Civ. 6605 ( JGK )( JCF )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

___  General Pretrial (includes scheduling,
      discovery, non-dispositive pretrial motions,
      and settlement)

_X_  Specific Non-Dispositive Motion/Dispute:*

discovery dispute, defendants' letter dated

May 22, 2008

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. § 636(c) for all
      purposes (including trial)

___  Consent under 28 U.S.C.§ 636(c) for
      limited purpose (e.g., dispositive motion,
      preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring
      a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

**SO ORDERED.**

DATED:     New York, New York
           May 23, 2008

                                    John G. Koeltl
                              United States District Judge

* Do not check if already referred for general pretrial.