```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTEDES "POPS" PITSILADI, NICHOLAS
PITSILADI, Individually and as Members
of WEST 23rd STREET REALTY LLC, WEST
36th STREET REALTY LLC, AND MACPIN
REALTY LLC, WEST 23rd STREET REALTY
LLC, WEST 36th STREET REALTY LLC, AND
MACPIN REALTY LLC,

           Plaintiffs,

- against -

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT INC.,

           Defendants.

---

07 Civ. 2207 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on May 30, 2008, the plaintiffs' motion to dismiss the counterclaim of defendant Guerrero is **denied**.

SO ORDERED.

Dated:    New York, New York
          May 30, 2008

                                      John G. Koeltl
                               United States District Judge