```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARISTIDES "POPS" PITSILADI, NICHOLAS      Civil Action No.:
PITSILADI, Individually and as            07-CIV-6605 (JGK)
Members of WEST 23RD STREET REALTY
LLC., WEST 36TH STREET REALTY LLC AND
MACPIN REALTY LLC, WEST 23RD STREET
REALTY LLC., WEST 36TH STREET REALTY
LLC AND MACPIN REALTY LLC,                REPLY TO
                                          COUNTERCLAIM
                    Plaintiffs,

        - against -

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT CORP.,

                    Defendants.
------------------------------------X
```

Plaintiffs, Aristides "Pops" Pitsiladi and Nicholas Pitsiladi, as and for their Reply to the Counterclaim of the Defendants, respectfully allege to this Court as follows:

1. Deny knowledge or information sufficient to form a belief with respect to each and every allegation of Paragraph of the Answer numbered 54.

2. Deny knowledge or information sufficient to form a belief with respect to each and every allegation of Paragraphs of the Answer numbered 56 and 57.

3. Deny each and every allegation of Paragraphs of the Answer numbered 58, 59, 60 and 61.

4. Deny knowledge or information sufficient to form a belief with respect to each and every allegation of Paragraphs of the Answer numbered 62 and 63 except admit that an article

appeared in the weekend *Post* and the Plaintiffs respectfully beg leave that the legal effect of the contents of the article await a judicial determination at a plenary trial of this action.

5. Deny each and every allegation of Paragraphs of the Answer numbered 64, 65, 66, 67, 68 and 69.

6. The Plaintiffs have not responded to the allegation of Paragraph 70 inasmuch as they do not require a response.

### AND AS FOR A FIRST SEPARATE AND DISTINCT COMPLETE AFFIRMATIVE DEFENSE

7. Defendants' claims are barred by the statute of limitation.

### AND AS FOR A SECOND SEPARATE AND DISTINCT COMPLETE AFFIRMATIVE DEFENSE

8. Defendants' claims are barred by waiver and/or estoppel.

### AND AS FOR A THIRD SEPARATE AND DISTINCT COMPLETE AFFIRMATIVE DEFENSE

9. Defendants' defamation claim is barred because the statements complained of were privileged insofar as they were contained in Plaintiffs' legal submissions, and insofar as the complained of article is concerned the contents were a true and accurate report of a legal proceeding.

### AND AS FOR A FOURTH SEPARATE AND DISTINCT COMPLETE AFFIRMATIVE DEFENSE

10. The Defendants' defamation claims are barred since the allegedly defamatory statements are true.

**AND AS FOR A FIFTH SEPARATE AND
<u>DISTINCT COMPLETE AFFIRMATIVE DEFENSE</u>**

11.  Any damages suffered by the Defendants are due to their own culpable conduct, and not the conduct of the Plaintiffs.

**AND AS FOR A SIXTH SEPARATE AND
<u>DISTINCT COMPLETE AFFIRMATIVE DEFENSE</u>**

12.  Defendants' complaint fails to set forth a cause of action upon which relief may be granted.

WHEREFORE, Plaintiffs demand judgment with a dismissal of the counterclaim and for the relief as set forth in the Complaint, together with costs and disbursements of this action.

THE DWECK LAW FIRM, LLP

By:_____
    Jack S. Dweck (0659)
Attorneys for Plaintiffs
75 Rockefeller Plaza, 16th Floor
New York, NY 10019
(212) 687-8200

TO: Michael A. Haskel, Esq.
    Attorneys for Defendants
    Law Offices of Michael A. Haskel
    167 Willis Avenue
    Mineola, NY  11501
    (516) 294-0250

S:\Secretary 2\Client Docs\West 23rd - Pitsiladi-Guerrero\Reply to Counterclaim JSD-MS Draft #2 06-16-08.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ARISTIDES "POPS" PITSILADI, NICHOLAS      Civil Action No.:
PITSILADI, Individually and as            07-CIV-6605 (JGK)
Members of WEST 23RD STREET REALTY
LLC., WEST 36TH STREET REALTY LLC AND
MACPIN REALTY LLC, WEST 23RD STREET
REALTY LLC., WEST 36TH STREET REALTY
LLC AND MACPIN REALTY LLC,                **AFFIDAVIT OF SERVICE**

                    Plaintiffs,

        - against -

WILLIAM GUERRERO, CITY PROPERTY
MANAGEMENT AND DEVELOPMENT CORP.,

                    Defendants.
------------------------------------------X
STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

   **MARIA SEQUEIRA**, being duly sworn, deposes and says:  I am not a party to this action, I am over 18 years of age and reside in New York, New York.

   On the 16th day of June 2008, I served a true copy of **REPLY TO COUNTERCLAIM** in the following manner:

   By mailing a true copy of same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the attorney indicated below:

TO:  Michael A. Haskel, Esq.
     Attorneys for Defendants
     Law Offices of Michael A. Haskel
     167 Willis Avenue
     Mineola, NY  11501

                                    _____
                                           **MARIA SEQUEIRA**

Sworn to before me this
16th day of June, 2008

_____
         Notary Public

                            Cory A. Frank
                            Notary Public
                            State Of New York
                            Reg. No: 02FR6163318
                            Expires 3/19/2011