**THE DWECK LAW FIRM, LLP**
75 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10019

JACK S. DWECK*
H.P. SEAN DWECK

DAVID M. GOLDSTEIN
CORY FRANK

ERIC J. SCHMERTZ
OF COUNSEL

*ADMITTED TO N.Y., CONN. AND FLA. BARS

TELEPHONE (212) 687-8200
FACSIMILE: (212) 697-2521
(212) 949-7477

WWW.DWECKLAW.COM

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y. 10603
(914) 520-3220

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840
(203) 972-3000

September 12, 2008

<u>VIA FACSIMILE - 212-805-7930</u>

Honorable James C. Francis IV
U.S. Magistrate Judge
U.S.D.C., Southern District of New York
U.S. Courthouse, Room 1960
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08

 Re: <u>Pitsiladi v. Guerrero</u>
     <u>Civil Action No. 07-CIV-6605 (JGK)</u>

Honorable Sir:

   At the direction of Roberta Ferreira of your office, I respectfully request an extension of one week to respond to Defendants' letter of May 22, 2008, originally addressed to Judge Koeltl, and referred to Your Honor, for which the response is due today.

   I have been on trial for two days this week and was unable to address the response to this letter. Also, I have been trying to get in touch with my clients in South Africa through emails and by telephone for deposition dates. I have had no success in attempting to reach them to schedule depositions.

   I would very much appreciate an extension of one week, to which counsel for Defendants has consented, subject to your approval.

                                Respectfully yours,

                                THE DWECK LAW FIRM

                                Jack S. Dweck

JSD:gs
cc: Michael Haskel, Esq. (via fax)

9/12/08
Application granted.
SO ORDERED
James C. Francis IV
USMJ